UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOAN E. SCHIEFELBEIN, individually and as Trustee of the Joan E. Schiefelbein Revocable Trust,<br>                      Plaintiff,<br>-v-<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>                      Defendant. | No. 1:22-cv-559<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 7, 2023                                          /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge